UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUAN ANDRES NUÑEZ CARABALLO, :
:
                        Plaintiff, :     23-CV-1099 (JMF)
:
        -v- :     ORDER
:
HAMILTON PHARMACY, INC., et al., :
:
                      Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, advised the Court that they had agreed to a settlement. *See* ECF No. 19. On June 5, 2023, Plaintiff, through counsel, filed a motion to approve the settlement and a copy of the parties' Settlement Agreement. *See* ECF No. 21. The Court denied the motion without prejudice to renewal so that counsel could address inconsistencies between the motion and the settlement agreement, and so that counsel could provide a declaration from Plaintiff confirming that he is aware of the allocation of attorney's fees and costs. ECF No. 22.

      It is hereby ORDERED that counsel must submit a new motion for settlement approval by **July 7, 2023.** If the Court does not receive the motion by then, the Court will schedule an initial pretrial conference and the case will proceed to discovery.

      SO ORDERED.

Dated: June 27, 2023                     _____
      New York, New York              JESSE M. FURMAN
                                                 United States District Judge